In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-03-367 CR


____________________



MERLE DEAN BLACKWILL, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 284th District Court


Montgomery County, Texas


Trial Cause No. 96-01-00085-CR






MEMORANDUM OPINION (1)


 We have before the Court a motion from the appellant, Merle Dean Blackwill, to
withdraw his appeal pursuant to Tex. R. App. P. 42.2. The motion is signed by appellant
personally and filed by his attorney of record. No opinion has issued in this appeal.

 The motion is GRANTED and the appeal is therefore DISMISSED.

 PER CURIAM


Opinion Delivered March 4, 2004

Do Not Publish

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.